**RONAI & RONAI, LLP**
ATTORNEYS AT LAW

THE RONAI BUILDING
34 ADEE STREET
PORT CHESTER, NY 10573
TELEPHONE (914) 824-4777

June 28, 2019

**VIA ECF**
The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street, Room 640
New York, NY 10007

      Re:    Tibor Kiss v. Clinton Green North, LLC, et al.
              Docket No.: 17-cv-10029 (LGS)

Your Honor:

    As you are aware, we represent plaintiff Tibor Kiss, in the above referenced matter. Please allow this letter to serve as a status letter as per Your Honor's Order of June 26, 2019.

    Please be advised that the parties have already met and conferred regarding settlement and referral for settlement discussion and wrote to the Court on March 5, 2019, and again on April 30, 2019, (Dkt #94 & #111) stating that we do not request a referral for settlement discussions as provided in Paragraph 4(c) of Your Honor's Order of October 3, 2018. We have again conferred and our positions remain the same: we do not request a referral for settlement discussions as provided in Paragraph 4(c) of Your Honor's Order of May 30, 2019, at this time.

    Thank you for your attention to this matter.

                                      RESPECTFULLY YOURS,

                                      RONAI & RONAI, LLP
                                      Attorneys for Plaintiff

                                      By: Timothy J. Lavin (TL6371)

CC: **VIA ECF**

NEWMAN MYERS KREINES GROSS HARRIS, P.C.
Attorneys for Clinton Green North, LLC,
Dermot Clinton Green, LLC and AvalonBay Communities, Inc.

WOOD SMITH HENNING & BERMAN, LLP
Attorneys for Judy Painting Corp.

RUTA SOULIOS & STRATIS, LLP
Attorneys for Z&Z Service, Inc.