

685 3rd Avenue • 18th Floor • New York, NY • 10017
tel 212-999-7100 • fax 212-999-7139 • wshblaw.com

Bolam Kim
direct dial (212) 999-7133
email bkim@wshblaw.com
refer to 10763-0002

September 18, 2019

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street, Room 640
New York, New York

Re: ***Tibor Kiss v. Clinton Green North, LLC, et al.***
**Docket No.: 17-cv-10029 (LGS)**

Dear Judge Schofield:

We represent defendant/third-party defendant Judy Painting Corp. ("Judy") in the above-referenced matter. We are writing in response to the Court's Order dated September 11, 2019. The parties are currently conferring as to the selection of the Court-appointed mediator and we respectfully request that the time for the parties to agree on a mediator be extended to October 15, 2019. In addition, we also respectfully request that the time for the parties to complete mediation be extended an additional thirty (30) to forty-five (45) days after selecting a mediator in order to provide enough time for Judy's insurance carrier to obtain settlement authority so that a meaningful mediation can ensue. All parties have consented to an extension of time to complete the mediation.

Moreover, pursuant to the case management conference held on August 29, 2019, we respectfully request that all expert discovery be stayed pending the completion of the mediation.

Very truly yours,

WOOD, SMITH, HENNING & BERMAN LLP


By: ___/s Bolam Kim_____
      BOLAM KIM
BK:BK

cc:

**Via ECF**

    RONAI & RONAI, LLP
    *Attorneys for Plaintiff*
    34 Adee Street
    Port Chester, New York 10573
    timothylavin@ronaifirm.com

    NEWMAN MYERS KREINES GROSS HARRIS, P.C.
    *Attorneys for Defendant/Third-Party Plaintiff*
    *Clinton Green North LLC et al.*
    40 Wall Street
    New York, New York 10005-1335
    (212) 619-4350
    tparlin@nmkgh.com

    RUTA SOULIOS & STRATIS LLP
    *Attorneys for Third Party Defendant*
    *Z&Z Service Inc.*
    211 East 43rd Street
    24th Floor
    New York, NY 10017
    jruta@lawnynj.com


LEGAL:10763-0002/12750213.1