

685 3rd Avenue • 18th Floor • New York, NY • 10017
tel 212-999-7100 • fax 212-999-7139 • wshblaw.com

Bolam Kim
**direct dial** (212) 999-7133
**email** bkim@wshblaw.com
**refer to** 10763-0002

September 20, 2019

***VIA ECF***

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street, Room 640
New York, New York

    Re: ***Tibor Kiss v. Clinton Green North, LLC, et al.***
          **Docket No.: 17-cv-10029 (LGS)**

Dear Judge Schofield:

We represent defendant/third-party defendant Judy Painting Corp. ("Judy") in the above-referenced matter. We are writing to respectfully request either an in-person conference or a telephone conference with the Court on Tuesday, September 24, 2019 after 3:00 p.m. for the purpose of receiving additional directives from the Court with respect to the denial of our application requesting additional time to conduct mediation. We have conferred with all parties, including the parties in the companion case, *Clinton Green North, LLC, et al. v. Judy Painting Corp., et al.*, Docket No.: 19-cv-03420-LGS, and everyone is available after 3:00 p.m. for a conference with the Court.

Very truly yours,

WOOD, SMITH, HENNING & BERMAN LLP


By: ___*/s/ Bolam Kim*_____
     BOLAM KIM
BK:BK

cc:

**Via ECF**

>RONAI & RONAI, LLP
>*Attorneys for Plaintiff*
>34 Adee Street
>Port Chester, New York 10573
>timothylavin@ronaifirm.com
>
>NEWMAN MYERS KREINES GROSS HARRIS, P.C.
>*Attorneys for Defendant/Third-Party Plaintiff*
>*Clinton Green North LLC et al.*
>40 Wall Street
>New York, New York 10005-1335
>(212) 619-4350
>tparlin@nmkgh.com
>
>RUTA SOULIOS & STRATIS LLP
>*Attorneys for Third Party Defendant*
>*Z&Z Service Inc.*
>211 East 43rd Street
>24th Floor
>New York, NY 10017
>jruta@lawnynj.com
>
>LESTER SCHWAB KATZ & DWYER, LLP
>*Attorneys for Defendant*
>*Merchants Mutual Insurance Co.*
>100 Wall Street
>New York, New York 10005
>jzimring@lskdnylaw.com
>
>KLG LUZ & GREENBERG LLP
>*Attorneys for Defendant*
>*Judy Painting Corp.*
>211 East 43rd Street, 24th Floor
>New York, New York 10017
>tluz@karalaw.com