```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
TIBOR KISS,                                                 :
                                  Plaintiff(s),             :
                                                            :              17 Civ. 10029 (LGS)
-against-                                                   :
                                                            :              ORDER
CLINTONG GREEN NORTH, et al.,                               :
                                  Defendant(s).             :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/2/2019

LORNA G. SCHOFIELD, District Judge:

  WHEREAS, on August 29, 2019, a conference was held to discuss pre-motion letters filed by Plaintiff, Defendant Judy Painting, Inc. and Third-Party Defendant Z&Z Service, Inc. At the conference, the parties agreed to participate in mediation;

  WHEREAS, the parties attended mediation sessions on October 2, 2019, and November 20, 2019. On November 26, 2019, the parties filed a joint letter stating that the mediation was unsuccessful in resolving any issues in this case. Dkt No. 158;

  WHEREAS, the November 26, 2019, joint letter stated that Defendants Clinton Green North, LLC, Dermot Clinton Green, LLC and AvalonBay Communities (collectively, the "Owner Defendants") seek permission to file a pre-motion letter to request to file a motion for summary judgment against Judy Painting for contractual indemnification. The joint letter also stated that the Owner Defendants request to reopen fact discovery to re-examine Plaintiff and Nova Medical Diagnostics, P.C. Dkt No. 158. It is hereby

  **ORDERED** that, by **December 6, 2019**, the Owner Defendants shall file a pre-motion letter regarding their request to file a motion for summary judgment. Judy Painting shall, by **December 11, 2019**, file a response. The letters shall comply with the Court's Individual Rules regarding pre-motion letters. It is further

  **ORDERED** that the parties shall comply with the below briefing schedules. The parties

shall comply with the Court's Individual Rules regarding dispositive motions unless stated otherwise below.

- Judy Painting shall, by **January 10, 2020**, file its motion for summary judgment and accompany memorandum of law.  Plaintiff shall, by **January 24, 2020**, file a consolidated cross-motion for summary judgment and accompanying memorandum of law and opposition and accompanying memorandum of law.  Judy Painting shall, by **February 7, 2020**, file a consolidated opposition and accompanying memorandum of law and reply.  Owner Defendants shall also, by **February 7, 2020**, file its opposition and accompanying memorandum of law.  Plaintiff shall, by **February 24, 2020**, file its reply.  Plaintiff and Judy Painting shall each have no greater than fifty (50) pages in the aggregate for their briefs.  Owner Defendants shall have no greater than twenty-five (25) pages for its brief.

- Z&Z Service, Inc. shall, by **January 10, 2020**, file its motion for summary judgment and accompanying memorandum of law that shall not exceed ten (10) pages.  Owner Defendants and Judy Painting shall, by **January 24, 2020**, file a consolidated opposition and accompanying memorandum of law that shall not exceed fifteen (15) pages.  Z&Z Service, Inc. shall, by **February 7, 2020**, file a reply that shall not exceed ten (10) pages.

- **If the request to file a motion for summary judgment is granted**, then Owner Defendants shall, by **January 10, 2020**, file its motion for summary judgment and accompanying memorandum of law that shall not exceed ten (10) pages.  Judy Painting shall, by **January 24, 2020**, file its opposition and accompanying memorandum of law that shall not exceed ten (10) pages.  Owner Defendants shall, by **February 7, 2020**, file its reply that shall not exceed ten (10) pages.

It is further

**ORDERED** that Owner Defendants' request to reopen fact discovery for the limited purpose stated in Defendants' request is **GRANTED** and shall be completed by **December 24, 2019.**

Dated: December 2, 2019
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**