

685 3rd Avenue • 18th Floor • New York, NY • 10017
tel 212-999-7100 • fax 212-999-7139 • wshblaw.com

Bolam Kim
**direct dial** (212) 999-7133
**email** bkim@wshblaw.com
**refer to** 10763-0002

December 4, 2019

***VIA ECF***

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street, Room 640
New York, New York 10007

Re: ***Tibor Kiss v. Clinton Green North, LLC, et al.***
WSHB Client: Judy Painting Corp.
Docket No.: 17-cv-10029 (LGS)

Dear Judge Schofield:

We represent defendant Judy Painting Corp. ("Judy") in the above-referenced matter and we are writing this letter to respectfully request that the Court sign the attached subpoena duces tecum for defendant to obtain certified copies of plaintiff's medical records. The subpoena shall be issued to New York – Presbyterian Hospital, where the plaintiff treated for his injuries immediately after the accident occurred and provided conflicting statements as to how the incident allegedly occurred. The plaintiff has already provided a HIPAA compliant authorization to obtain his records from the hospital.

Pursuant to the authorization, we previously served a subpoena duces tecum on New York – Presbyterian Hospital requesting that the hospital provide certified copies of plaintiff's medical records. However, the hospital declined to certify the plaintiff's medical records unless it received a court ordered subpoena. Attached hereto as **Exhibit "A"** is a copy of New York – Presbyterian Hospital's correspondence.

We respectfully request that the Court sign the attached subpoena so that the plaintiff's certified and authenticated medical records from New York – Presbyterian Hospital could be used in defendant Judy's opposition to plaintiff's expected motion for summary judgment on the New York Labor Law § 240(1) claim. Attached hereto as **Exhibit "B"** is a copy of the proposed subpoena and a redacted copy of plaintiff's authorization.

Very truly yours,

WOOD, SMITH, HENNING & BERMAN LLP


By: __/s/ Bolam Kim_____
       BOLAM KIM

BK:BK
Attachments

cc:

**Via ECF**

> RONAI & RONAI, LLP
> *Attorneys for Plaintiff*
> 34 Adee Street
> Port Chester, New York 10573
> timothylavin@ronaifirm.com
>
> NEWMAN MYERS KREINES GROSS HARRIS, P.C.
> *Attorneys for Defendant/Third-Party Plaintiff*
> *Clinton Green North LLC et al.*
> 40 Wall Street
> New York, New York 10005-1335
> (212) 619-4350
> tparlin@nmkgh.com
>
> RUTA SOULIOS & STRATIS LLP
> *Attorneys for Third Party Defendant*
> *Z&Z Service Inc.*
> 211 East 43rd Street, 24th Floor
> New York, NY 10017
> jruta@lawnynj.com

LEGAL:10763-0002/13326500.1