UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TIBOR KISS,
                           Plaintiff,

            -against-

CLINTON GREEN NORTH, LLC,
                         Defendant.
-------------------------------------------------------------X

17 Civ. 10029 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, by Order at Dkt. No. 200, the jury trial is currently scheduled to commence on December 1, 2020;

    WHEREAS, by Standing Order dated April 20, 2020, 20-mc-197, the conduct of jury trials was suspended due to COVID-19.  It is hereby

    **ORDERED** that the parties are advised that jury trials will resume, and the jury trial in this action is in line to proceed the week of November 30, 2020.  The jury trial scheduled for December 1, 2020, is adjourned to **November 30, 2020, at 9:45 a.m**.  The parties shall be ready to proceed on 24 hours' notice on or after November 30, 2020.  It is further

    **ORDERED** that the final pre-trial conference will take place telephonically on **November 19, 2020, at 4:00 p.m.**, on the following conference call line:  888-363-4749, access code: 558-3333.  The time of the conference is approximate, but the parties shall be ready to proceed by that time.

Dated: September 8, 2020
       New York, New York

                                             LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE