AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Tibor Kiss | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 17-cv-10029 |
| Clinton Green North, LLC et. al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

plaintiff                                                                                                                                             .

Date:   10/13/2020

/s/
*Attorney's signature*

Adam J. Roth, NY Bar #4688701
*Printed name and bar number*
112 Madison Avenue, 6th Floor
New York, New York 10016

*Address*

adamjrothesq@gmail.com
*E-mail address*

(212) 922-3741
*Telephone number*

(212) 253-4157
*FAX number*