UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TIBOR KISS,

                           Plaintiff,

-against-

CLINTON GREEN NORTH, LLC et al.,

                           Defendants.
------------------------------------------------------------X

17 Civ. 10029 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Order, dated August 14, 2020 (Dkt. 200), directed submission of the parties' proposed joint requests to charge, and *voir* dire and verdict form in accordance with the Individual Rules by October 27, 2020.

       WHEREAS, Defendants Clinton Green North, LLC, Dermot Clinton Green, LLC and AvaonBay Communities, Inc. submitted a proposed jury charge and voir dire questions on October 27, 2020. Defendant Judy Painting Corporation submitted proposed voir dire questions on October 28, 2020. Plaintiff has not submitted any pre-trial materials beyond his motions in limine and his oppositions to Defendants' motions in limine. No party has submitted a proposed verdict form.

       WHEREAS, Individual Rule IV.B.5 states: "In all jury cases, the parties shall file **joint** proposed case specific requests to charge (in plain English), a **joint** verdict sheet and **joint** case specific proposed voir dire questions. . . . To the extent the parties cannot agree, each party shall clearly state its proposed instruction or question, the grounds on which the Court shall use that charge or question and citations to case law sufficient to enable the Court to render a decision." (Emphasis omitted and added). Accordingly, it is hereby

       **ORDERED** that the parties shall meet and confer and shall, by **November 5, 2020**,

jointly file their proposed requests to charge, voir dire and verdict form in accordance with the Individual Rules, and shall submit courtesy copies of those materials in Word format to Schofield_NYSDChambers@nysd.uscourts.gov.  It is further

**ORDERED** that by **November 6, 2020**, the parties shall file the joint final pretrial order in accordance with Individual Rule IV.B.2.

Dated: October 30, 2020
      New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**