UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TIBOR KISS,

                               Plaintiff,

               -against-

CLINTON GREEN NORTH, LLC et al.,

                                Defendants.
------------------------------------------------------------X

17 Civ. 10029 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, counsel for Defendant Judy Painting Corp. requests a conference regarding the date of the upcoming trial in this matter, citing concerns with witness travel to New York and mandatory quarantines in light of the ongoing COVID-19 pandemic (Dkt. No. 271). Counsel for Plaintiff opposes any adjustment of the trial date, noting that Defendant Judy Painting Corp. has requested permission for two of its witnesses to appear remotely (Dkt. No. 273). It is hereby

      **ORDERED** that in light of the health risks posed by COVID-19, the parties' witnesses shall be permitted to testify via videoconferencing software if they so desire. It is further

      **ORDERED** that the parties shall meet and confer and shall: (1) by **November 6, 2020**, file a joint letter describing the videoconferencing technology they intend to use for witness testimony at trial (the "Videoconferencing Technology"), as well as a proposed plan regarding the logistics of the Videoconferencing Technology; (2) by **November 11, 2020**, contact Courtroom Deputy James Street at (212) 805-4553 to schedule a walkthrough of the Videoconferencing Technology and (3) by **November 17, 2020**, conduct such walkthrough. It is further

      **ORDERED** that the Final Pre-Trial Conference scheduled for November 19, 2020, will be conducted using the Videoconferencing Technology, and by **November 17, 2020**, the parties

shall file a letter setting forth the logistics of such conference.  It is further

**ORDERED** that the parties' joint final pre-trial order shall specify which of the parties' witnesses will appear in-person or via the Videoconferencing Technology.

Dated: November 2, 2020
       New York, New York

                                                 LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE