UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TIBOR KISS,

        Plaintiff,

   -against-

CLINTON GREEN NORTH, LLC et al.,

        Defendants.
------------------------------------------------------------X

17 Civ. 10029 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

 WHEREAS, the Order, dated November 2, 2020 (Dkt. No. 274), directed the parties to (1) specify the videoconferencing technology they intend to use for remote witness testimony at trial and (2) specify in the joint final pre-trial order which witnesses will appear remotely.

 WHEREAS, the parties have not specified the videoconferencing technology they intend to use at trial and have not stated which witnesses will appear remotely.  It is hereby

 **ORDERED** that the parties shall meet and confer and shall: (1) by **November 10, 2020**, file a joint letter describing the videoconferencing technology they intend to use for witness testimony at trial (the "Videoconferencing Technology"), as well as a proposed plan regarding the logistics of the Videoconferencing Technology; (2) by **November 13, 2020**, file a joint letter identifying which witnesses will testify via the Videoconferencing Technology; (3) by **November 13, 2020**, contact Courtroom Deputy James Street at (212) 805-4553 to schedule a walkthrough of the Videoconferencing Technology and (4) by **November 17, 2020**, conduct such walkthrough.  It is further

 **ORDERED** that the Final Pre-Trial Conference scheduled for November 19, 2020, will be conducted using the Videoconferencing Technology, and by **November 17, 2020**, the parties shall file a letter setting forth the logistics of such conference.

The parties are reminded that failure to comply with Court-ordered deadlines may result in sanctions or prejudice.

Dated: November 9, 2020
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**