UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                         :
TIBOR KISS,                              :
                          Plaintiff,    :              17 Civ. 10029 (LGS)
                                :
          -against-             :               ORDER
                                :
CLINTON GREEN NORTH, LLC et al.,  :
                      Defendants. :
-----------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS the final pre-trial conference in this action is scheduled for November 19, 2020, and trial is scheduled to begin on November 30, 2020, at 9:45 a.m.  It is hereby

      **ORDERED** that due to (i) restrictions on courtroom gatherings in the two weeks following major holiday periods because of COVID-19, (ii) the limited number of courtrooms available and (iii) the Southern District of New York's preference for holding criminal trials before civil trials, the trial scheduled for November 30, 2020, at 9:45 a.m., is **adjourned** to **May 3, 2021, at 9:45 a.m.**  That date is the first available for this trial, and this matter is first in line on the Court's trial-ready calendar for May.  The parties shall be ready to proceed on 24 hours' notice on or after May 3, 2021.  It is further

      **ORDERED** that the final pre-trial conference scheduled for November 19, 2020, is **adjourned** to **April 15, 2021 at 11:30 a.m.**, on the following conference call line:  888-363-4749, access code: 558-3333. The time of the conference is approximate, but the parties shall be ready to proceed by that time.  It is further

      **ORDERED** that the deadlines set forth in the November 9, 2020, Order (Dkt. No. 281) are **cancelled**.

Dated: November 12, 2020
      New York, New York

                                      LORNA G. SCHOFIELD
                                  UNITED STATES DISTRICT JUDGE