UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TIBOR KISS,                                        :
                                                   :
                                Plaintiff,         :
                                                   :        17 Civ. 10029 (LGS)
                                                   :
                -against-                          :        ORDER
                                                   :
CLINTON GREEN NORTH, LLC et al.,                   :
                                Defendants.        :
------------------------------------------------------------  X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the final pre-trial conference in this action is scheduled for April 15, 2021,

and trial is scheduled to begin on May 3, 2021, at 9:45 a.m.

WHEREAS, due to the limited number of courtrooms available for jury trials during

ongoing COVID-19 protocols, this matter did not receive a courtroom assignment in the second

quarter of 2021.  It is hereby

ORDERED that the trial scheduled for May 3, 2021, is **adjourned** sine die, and the final

pre-trial conference scheduled for April 15, 2021, is **adjourned** sine die.  It is further

**ORDERED** that by **March 15, 2021**, the parties shall meet and confer and file a joint

letter (1) proposing three Mondays falling in the third quarter of 2021 on which they could

commence a trial and (2) stating the estimated duration of the trial.  The Court will request a

courtroom to commence a trial in this matter on or around the proposed dates and notify the

parties of any firm or back-up trial date when third quarter courtroom assignments are made

(approximately a month in advance).  It is further

ORDERED that by **March 8, 2021**, the parties shall file a joint letter stating (1) whether

they wish to be referred for alternative dispute resolution before a magistrate judge or a Court-

appointed mediator, and (2) whether they intend to pursue private alternative dispute resolution.

Dated: March 1, 2021
        New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**