# *Law Offices of Adam J. Roth*

(212) 922 – 3741
(212) 253 – 4157
adamjrothesq@gmail.com

**112 Madison Avenue, 6th Floor**  **26 Court Street, Suite 913**
**New York, New York 10016**  **Brooklyn, New York 11242**

March 8, 2021

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

        Re:  Tibor Kiss v. Clinton Green North, LLC, et al.
            Docket No.: 17-cv-10029

Judge Schofield:

    Please accept this correspondence as the parties' joint letter in response to this Court's March 1, 2021 Order. The parties have conferred on March 1, 2021 and do not believe a referral to the alternative dispute resolution program or an additional private mediation would be fruitful at this time.

    The parties will provide proposed trial dates on or before March 15, 2021. Thank you for your time and attention to this matter.

Sincerely,

   /s/

Adam J. Roth