# *Law Offices of Adam J. Roth*

**(212) 922 – 3741**
**(212) 253 – 4157**
**adamjrothesq@gmail.com**

| | |
|---|---|
| **112 Madison Avenue, 6th Floor** | **26 Court Street, Suite 913** |
| **New York, New York 10016** | **Brooklyn, New York 11242** |

March 11, 2021

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

                         Re:  Tibor Kiss v. Clinton Green North, LLC, et al.
                               Docket No.: 17-cv-10029

Judge Schofield:

      Please accept this correspondence as the parties' joint letter in response to this Court's March 1, 2021 Order.  The parties have conferred and respectfully request trial by jury to begin on September 20, September 27, or October 4, 2021.

      Thank you for your time, attention, and consideration in this matter.

Sincerely,

      /s/

Adam J. Roth