UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TIBOR KISS,

                              Plaintiff,        17 Civ. 10029 (LGS)

            -against-                        ORDER

CLINTON GREEN NORTH, LLC et al.,
                              Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order, dated March 1, 2021 (Dkt. No. 284), directed the parties to propose Mondays in the third quarter of 2021 for trial, and the parties have proposed such dates (Dkt. No. 287).  Accordingly, it is hereby

**ORDERED** that the jury trial in this action shall begin on **September 27, 2021, at 9:45 a.m.,** subject to the need for, and availability of, suitable courtrooms for jury trials during a pandemic.  The final pre-trial conference will be set closer to the trial date.

Dated: March 17, 2021
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**