UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TIBOR KISS,

                                 Plaintiff,        17 Civ. 10029 (LGS)

-against-                        ORDER

CLINTON GREEN NORTH, LLC et al.,
                                 Defendants.
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, trial in this matter is scheduled to begin on September 27, 2021, at 9:45 a.m. (Dkt. No. 288).

      WHEREAS, due to the availability of courtrooms during the COVID-19 pandemic, that trial date is no longer available.  It is hereby

      **ORDERED** that the jury trial in this matter is **adjourned** to **October 12, 2021, at 9:45 a.m.**, subject to the availability of courtrooms during the COVID-19 pandemic.  That date is the first available for this matter, which is in first place on the Court's trial calendar for that week.  The parties shall appear for the final pre-trial conference on **September 30, 2021, at 4:00 p.m.**, on the following conference call line:  888-363-4749, access code 558-3333.

Dated:  August 2, 2021
        New York, New York

                                                   LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE