UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                                    Case No.: 17-cv-10029
---------------------------------------------------------------------------X
TIBOR KISS,

                          Plaintiff(s),                          **NOTICE OF
                                                                 APPEARANCE**

          -against-

CLINTON GREEN NORTH LLC, DERMOT CLINTON
GREEN LLC, AVALONBAY COMMUNITIES, INC.,
and ABC CORP, a fictitious name intending to be
that of an unknown general contractor,

                          Defendant(s).
---------------------------------------------------------------------------X
CLINTON GREEN NORTH LLC, DERMOT CLINTON
GREEN LLC, AVALONBAY COMMUNITIES, INC.,

                          Third-Party Plaintiffs,

          -against-


JUDY PAINTING CORP., Z&Z CONSTRUCTION
& PAINTING, INC. and Z&Z SERVICE INC.,

                          Third-Party Defendant.
---------------------------------------------------------------------------X

          PLEASE TAKE NOTICE that THE PARIS LAW GROUP, P.C. is hereby appearing in

the above matter as a trial counsel for the plaintiff, TIBOR KISS.

Dated:  New York, New York
         August 9, 2021

                                        Yours, etc.


                                        *Jason L. Paris*

                                        _____
                                        JASON L. PARIS, ESQ.
                                        THE PARIS LAW GROUP, P.C.
                                        Trial Attorneys for Plaintiff
                                        TIBOR KISS
                                        60 East 42nd Street, Suite 4000
                                        New York, NY 10165
                                        212-970-8754

To:

Ruta, Soulios & Stratis, LLP
Attorneys for Defendant
Z&Z SERVICE INC.
211 East 43rd Street, 24th Floor
New York, NY 10017

Newman, Myers, Kreines, Gross, Harris
Attorneys for Third-Party Defendant
CLINTON GREEN NORTH LLC and AVALONBAY COMMUNITIES, INC.
40 Wall Street
New York, NY 10005

Wood Smith Henning & Berman, LLP
Attorneys for Third-Party Defendant
JUDY PAINTING CORP.
685 Third Avenue, 18th Floor
New York, NY 10017

Case No.: 17-cv-10029

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIBOR KISS,

Plaintiff(s),

-against-

CLINTON GREEN NORTH LLC, DERMOT CLINTON
GREEN LLC, AVALONBAY COMMUNITIES, INC.,
and ABC CORP, a fictitious name intending to be
that of an unknown general contractor,

Defendant(s).

-------------------------------------------------------------------------X
CLINTON GREEN NORTH LLC, DERMOT CLINTON
GREEN LLC, AVALONBAY COMMUNITIES, INC.,

Third-Party Plaintiffs,

-against-

JUDY PAINTING CORP., Z&Z CONSTRUCTION
& PAINTING, INC. and Z&Z SERVICE INC.,

Third-Party Defendant.

NOTICE OF APPEARANCE

**THE PARIS LAW GROUP, P.C.**
**Trial Attorneys for Plaintiff**
**60 East 42nd Street, Suite 4000**
**New York, NY 10165**
**212-970-8754**