UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------
TIBOR KISS,

                                                            CASE NO.
                         Plaintiff,

    -against-                                         17-cv-10029-LGS

CLINTON GREEN NORTH, LLC, DERMOT CLINTON GREEN, LLC,
AVALONBAY COMMUNITIES, INC., JUDY PAINTING CORP. and
ABC CORP., a fictitious name intending to be that of an unknown
general contractor,

                         Defendants.
---------------------------------------------
CLINTON GREEN NORTH, LLC,

                       Third-Party Plaintiff,
  -against-

JUDY PAINTING CORP., Z&Z CONSTRUCTION & PAINTING,
INC., and Z&Z SERVICE INC,

                     Third-Party Defendants.
---------------------------------------------

## **WITHDRAWAL OF APPEARANCE**

      Ronai & Ronai, LLP, counsel for plaintiff TIBOR KISS, hereby informs the Court that Adam Roth, Esq. is no longer trial counsel to our firm, and requests that the Court remove Mr. Roth as trial counsel in this matter, as well as Rebecca Stoddard, Esq., his associate.

Dated:  Port Chester, New York
            August 13, 2021

                                                RONAI & RONAI, LLP

                                  By:    /s/ Holly Ostrov Ronai (HO 3923)
                                             The Ronai Building
                                           34 Adee Street
                                           Port Chester, NY 10573
                                           (914) 824-4777