UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
TIBOR KISS,                                                  :
                                    Plaintiff,               :        17 Civ. 10029 (LGS)
                                                             :
                    -against-                                :            ORDER
                                                             :
CLINTON GREEN NORTH, LLC et al.,                             :
                                    Defendants.              :
-----------------------------------------------------------  :
                                                             :
                                                             X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, the jury trial is currently scheduled to commence on October 12, 2021, at

9:45 a.m., subject to the availability of courtrooms during the COVID-19 pandemic.

        WHEREAS, the case is scheduled as a back-up for the week of October 11, 2021, and

could go to trial any day of that week on 24 hours' notice.

        WHEREAS, a final pre-trial conference is currently scheduled on September 30, 2021, at

4:00 p.m.  It is hereby

        **ORDERED** that the final pre-trial conference is adjourned to **September 27, 2021, at

2:30 p.m.**, on the following conference call line: 888-363-4749, access code: 558-3333.  The

parties shall provide, on a CD, an electronic version of all trial exhibits at least two (2) weeks

prior to the final pre-trial conference.

Dated: September 8, 2021
       New York, New York

                                        _____
                                             LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE