UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TIBOR KISS,

                      Plaintiff,

    -against-

CLINTON GREEN NORTH, LLC et al.,

                      Defendants.
------------------------------------------------------------X

17 Civ. 10029 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on October 15, 2020, Defendant Judy Painting Corp. filed a Motion *in Limine* to preclude the contractual indemnification clause contained in the Master Services Agreement (Dkt. No. 240).

    WHEREAS, Defendants Clinton Green North, LLC, Dermot Clinton Green, LLC and AvalonBay Communities, Inc. filed a Memorandum of Law in Opposition on October 27, 2020 (Dkt. No. 251). It is hereby

    **ORDERED** that Defendant Judy Painting Corp. file a reply Memorandum of Law, which shall not exceed six pages of text, in response to Defendants' Memorandum of Law in Opposition by **September 23, 2021**.

Dated: September 17, 2021
       New York, New York

                                                 LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE