UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TIBOR KISS,

                           Plaintiff,

-against-

CLINTON GREEN NORTH, LLC et al.,
                             Defendants.
------------------------------------------------------------X

17 Civ. 10029 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, trial in this matter is scheduled to begin on October 12, 2021, at 9:45 a.m., subject to the availability of courtrooms during the COVID-19 pandemic.

WHEREAS, the parties submitted a stipulation of discontinuance for all cross-claims on July 23, 2021 (Dkt. No. 293). It is hereby

**ORDERED** that the parties shall file an updated final pretrial order in light of the stipulation of discontinuance by **September 27, 2021**. It is further

**ORDERED** that Defendant Judy Painting Corp. is not required to file a reply Memorandum of Law regarding its Motion *in Limine* to preclude the contractual indemnification clause contained in the Master Services Agreement, as requested in this Court's September 17, 2021 Order (Dkt. No. 302), as that motion appears to be moot in light of the dismissal of cross-claims at Dkt. No. 293. If the motion is not moot, Judy Painting Corp. shall so advise the Court and file a reply.

Dated: September 20, 2021
      New York, New York

                                                     LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE