UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TIBOR KISS,

                              Plaintiff,

-against-

CLINTON GREEN NORTH, LLC et al.,
                             Defendants.
------------------------------------------------------------X

17 Civ. 10029 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, this Court's September 20, 2021 Order (Dkt. No. 304) directed the parties to file an updated final pretrial order by September 27, 2021. It is hereby

**ORDERED** that the parties shall file an updated final pretrial order by **September 23, 2021** at **12:00 p.m**.

Dated: September 21, 2021
       New York, New York

                                             LORNA G. SCHOFIELD
                                       UNITED STATES DISTRICT JUDGE