# PERRY, VAN ETTEN,
# ROZANSKI & KUTNER, LLP

**PLEASE REPLY TO:**

| | | |
|---|---|---|
| **NEW YORK OFFICE** | Jeffrey K. Van Etten | **LONG ISLAND OFFICE** |
| **14 Wall Street, Suite 4D** | Member of the Firm | **225 Broadhollow Road, Suite 430** |
| **New York, New York 10005** | jkvanetten@pvrklaw.com | **Melville, New York 11747** |
| **(212) 406-9710** | Extension 132 | **(631) 414-7930** |
| **Fax (646) 370-3303** | | **Fax (631) 777-4504** |

Members of the Firm
Douglas P. Perry
Jeffrey K. Van Etten*
Kenneth J. Kutner**

Partners
Leonard Porcelli**
Jerome S. Oliner*
Geoffrey H. Pforr
Thomas F. Maher
Joseph K. Strang
George L. Mahoney
Kevin J. Brennan

Associates
John J. Ullrich
Michael H. Glassman*
Ariana K. Politis
Kristen Petersen Hofer
Anthony Lugara
Jessica J. Beauvais
Megan Pollastro

Of Counsel
Thaddeus J. Rozanski
Elizabeth G. Kastner
Justine L. Grisanti-Van Etten*
Amanda L. Perry

Also admit in
New Jersey*
Connecticut**

September 20, 2021

***Via ECF***

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

> Re:   Tibor Kiss v. Clinton Green North, LLC, and ABC Corp., a fictitious name
>        intending to be that of an unknown general contractor//Clinton Green North, LLC
>        v. Judy Painting Corp., Z&Z Construction & Painting, Inc., and Z&Z Service Inc.
>        Our File No.:  193001
>        Date of Loss: September 12, 2017
>        **Docket No.: 17-cv-10029 (LGS)**

Dear Honorable Judge Schofield:

Please allow this correspondence to address the Court's September 17, 2021 Order seeking a Reply Memorandum of Law from Judy Painting Corp. in regard to the Motion in Limine to preclude the contractual indemnification clause in the Master Service Agreement (DCT. NO. 240).

Initially, the undersigned would apologize to the Court for failing to withdraw the Motion in Limine.  As the Court is aware, the cross-claims of the defendants have recently been discontinued and our firm is now appearing on behalf of all defendants.  In view of the foregoing, the Motion in Limine to preclude the contractual indemnification clause in the Master

Service Agreement has become moot.  Respectfully, it is requested that this Motion in Limine be withdrawn.

The defendants will request, to the extent the Master Service Agreement is introduced as evidence at the time of trial, to seek a redaction of the indemnification clause as well as any insurance-based provisions, but these are simple trial redactions, which would take place as a matter of course.

Again, we apologize for any confusion arising from the cross-claim discontinuance and the change of counsel.

Very truly yours,

PERRY, VAN ETTEN, ROZANSKI
& KUTNER, LLP


BY:   *Jeffrey K. Van Etten*
JEFFREY K. VAN ETTEN

JVE/mkr

cc:      ***Via ECF & E-mail (jparis@parisgroup.com)***
         The Paris Law Group, P.C.
         60 East 42nd Street, Suite 4000
         New York, NY  10165
         Attn:   Jason L. Paris, Esq.

         ***Via ECF & E-mail (hostrovronai@ronaifirm.com)***
         Ronai & Ronai, L.L.P.
         The Ronai Building
         34 Adee Street
         Port Chester, NY  10573
         Attn:   Holly Ostrov Ronai, Esq.