UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TIBOR KISS,

                            Plaintiff,          17 Civ. 10029 (LGS)

         -against-                         ORDER

CLINTON GREEN NORTH, LLC et al.,
                           Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a conference was held on September 27, 2021. For the reasons stated at the conference, it is hereby

**ORDERED** that this Court's September 21, 2021, Order (Dkt. No. 307), is modified as follows:

- The last sentence of paragraph three (3) shall read as follows: "Dr. Lattuga's testimony is limited to what is described in the medical records contained in Plaintiff's Exhibit 7 (Medical records from New York Spine Specialists), including a description of Plaintiff's injuries, the procedures Dr. Lattuga performed, and Plaintiff's pain and physical limitations."

Dated: September 28, 2021
       New York, New York

                                             **LORNA G. SCHOFIELD**
                                         **UNITED STATES DISTRICT JUDGE**