UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TIBOR KISS,

                                  Plaintiff,

-against-

CLINTON GREEN NORTH, LLC et al.,
                                  Defendants.
------------------------------------------------------------X

17 Civ. 10029 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the jury trial was scheduled to commence the week of October 11, 2021, subject to the availability of courtrooms during the COVID-19 pandemic.  It is hereby

**ORDERED** that trial is **adjourned** due to the unavailability of courtrooms during the COVID-19 pandemic.  It is further

**ORDERED** that by **October 18, 2021,** the parties shall propose three dates for the rescheduled trial in the first quarter of 2022.

Dated: October 4, 2021
       New York, New York

                                                              LORNA G. SCHOFIELD
                                                         UNITED STATES DISTRICT JUDGE