UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TIBOR KISS,
                              Plaintiff,

               -against-

CLINTON GREEN NORTH, LLC et al.,
                             Defendants.
------------------------------------------------------------X

17 Civ. 10029 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, this Court's October 4, 2021, Order (Dkt. No. 311) directed the parties to propose three dates for the rescheduled trial in the first quarter of 2022, by October 18, 2022.

WHEREAS, the parties have not submitted any proposed trial dates. It is hereby

**ORDERED** that by **October 22, 2021,** the parties shall file a joint letter proposing three dates for the rescheduled trial in the first quarter of 2022.

Dated: October 19, 2021
       New York, New York

                                                      LORNA G. SCHOFIELD
                                                      UNITED STATES DISTRICT JUDGE