UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TIBOR KISS,

                            Plaintiff,

-against-

CLINTON GREEN NORTH, LLC et al.,

                            Defendants.
------------------------------------------------------------X

17 Civ. 10029 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the jury trial in this matter was scheduled to commence the week of October 11, 2021, subject to the availability of courtrooms during the COVID-19 pandemic. It is hereby

**ORDERED** that the jury trial in this matter is tentatively **adjourned** to **February 7, 2022,** subject to the availability of courtrooms during the COVID-19 pandemic.

Dated: October 25, 2021
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE