UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------- X
                                                              :
TIBOR KISS,                                                   :
                              Plaintiff,                      :
                                                              :          17 Civ. 10029 (LGS)
             -against-                                        :
                                                              :                ORDER
CLINTON GREEN NORTH, LLC et al.,                              :
                              Defendants.                     :
                                                              :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the jury trial was tentatively scheduled to commence on February 7, 2022, subject to the availability of courtrooms during the COVID-19 pandemic.

WHEREAS, due to the availability of courtrooms during the COVID-19 pandemic, that trial date is no longer available. It is hereby

**ORDERED** that the jury trial in this matter is **adjourned** to **February 9, 2022**, subject to the availability of courtrooms during the COVID-19 pandemic. The parties are advised that the trial is in third place on the Court's trial-ready calendar for that date. The parties shall be ready to proceed on twenty-four hours' notice on or after February 9, 2022.

Dated: December 2, 2021
       New York, New York

                                                  LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE